

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LIGHTSEY NATHAN SAUL, JR., | § | No. 08-12-00030-CR |
| Appellant, | § | Appeal from the |
| v. | § | 83rd District Court |
| STATE OF TEXAS, | § | of Pecos County, Texas |
| State. | § | (TC# 2849) |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **October 9, 2013.**

Further, the Court DENIES the Appellant's request to abate this appeal pending the conclusion of cause No. 3256.

IT IS SO ORDERED this 11th day of September, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.